UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT KOLOVRAT,

    Plaintiff,

-VS-

STEPHENS & MICHAELS ASSOCIATES, INC.,

    Defendant.
_____/

CASE NO.:

**JURY TRIAL DEMANDED**

# COMPLAINT

## JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

2. This action arises out of Defendants' repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"), the Florida Consumer Collection Practices Act, Florida Statute § 559.72 et seq. ("FCCPA") and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C § 227 et seq.

3. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

## PARTIES

4. Plaintiff, ROBERT KOLOVRAT, is a natural person over the age of 18 who resides in the City of Clearwater, County of Pinellas, State of Florida, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

5. Defendant, STEPHENS & MICHAELS ASSOCIATES, INC., (hereinafter "SMA") is a corporation which operates from an address of 7 Stiles Road, Salem, NH 03079.

1

**FACTUAL ALLEGATIONS**

6.  Beginning or about February, 2013, Plaintiff began to receive sporadic collection phone calls to his cellular telephone from SMA attempting to collect a debt from him.

7.  On or about March, 2013, the collection calls from SMA began to rapidly increase in frequency to the point that Plaintiff began to keep track of the constant and harassing phone calls he received from SMA.

8.  Each call SMA made to the Plaintiff was made using an "automatic telephone dialing system" which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator; and to dial such numbers.

9.  Each call SMA made to the Plaintiff's cell phone was done so without the "express permission" of the Plaintiff.

10. Plaintiff never provided SMA with his cell phone number.

11. On or about March 4, 2013, Plaintiff received a phone call on his cellular telephone from an agent of SMA looking to collect an unknown debt from Plaintiff.

12. Due to such a high volume of calls from SMA to his cell phone, Plaintiff was not able to keep track of each call, however the following is a sample of the calls he received from SMA to his cell phone:

    i.       March 1, 2013 at 11:00 am

    ii.      March 2, 213 at 12:30 pm

    iii.     March 3, 2013 at 9:30 am

    iv.     March 4, 2013 at 1:30 pm

    v.      March 5, 2013 at 10:00 am

    vi.     March 6, 2013 at 9:15 am

    vii.    March 7, 2013 at 1:45 pm

    viii.   March 8, 2013 at 2:00 pm

| | |
|---|---|
| ix. | March 9, 2013 at 1:15 pm |
| x. | March 10, 2013 at 3:45 pm |
| xi. | March 11, 2013 at 9:15 am |
| xii. | March 12, 2013 at 10:45 am |
| xiii. | March 13, 2013 at 1:15 pm |
| xiv. | March 14, 2013 at 9:15 am |
| xv. | March 15, 2013 at 10:45 am |
| xvi. | March 16, 2013 at 2:15 pm |
| xvii. | March 17, 2013 at 1:15 pm |
| xviii. | March 18, 2013 at 10:15 am |
| xix. | March 19, 2013 at 9:45 am |
| xx. | March 20, 2013 at 12:20 pm |
| xxi. | March 21, 2013 at 2:15 pm |
| xxii. | March 22, 2013 at 1:45 pm |
| xxiii. | March 23, 2013 at 12:20 pm |
| xxiv. | March 24, 2013 at 1:10 pm |
| xxv. | March 25, 2013 at 9:15 am |
| xxvi. | March 26, 2013 at 10:45 am |
| xxvii. | March 27, 2013 at 11:15 am |
| xxviii. | March 28, 2013 at 3:45 pm |
| xxix. | March 29, 2013 at 9:05 am |
| xxx. | March 30, 2013 at 10:15 am |
| xxxi. | March 31, 2013 at 9:45 am |
| xxxii. | April 1, 2013 at 9:50 am |
| xxxiii. | April 2, 2013 at 2:15 pm |

xxxiv.    April 3, 2013 at 1:30 pm

xxxv.    April 4, 2013 at 9:15 am

xxxvi.    April 5, 2013 at 1:45 pm

xxxvii.    April 7, 2013 at 9:15 am

xxxviii.    April 8, 2013 at 10:30 am

xxxix.    April 9, 2013 at 11:45 am

xl.    April 10, 2013 at 1:15 pm

xli.    April 11, 2013 at 9:15 am

xlii.    April 12, 2013 at 10:45 am

xliii.    April 13, 2013 at 1:30 pm

xliv.    April 14, 2013 at 9:05 am

xlv.    April 15, 2013 at 10:45 am

xlvi.    April 16, 2013 at 1:45 pm

xlvii.    April 17, 2013 at 9:15 am

xlviii.    April 18, 2013 at 10:30 am

xlix.    April 19, 2013 at 2:30 pm

l.    April 20, 2013 at 1:45 pm

li.    April 21, 2013 at 9:15 am

lii.    April 22, 2013 at 10:30 am

liii.    April 23, 2013 at 1:15 pm

liv.    April 24, 2013 at 9:30 am

lv.    April 26, 2013 at 9:15 am

lvi.    April 27, 2013 at 10:30 am

lvii.    April 28, 2013 at 11:15 am

lviii.    April 29, 2013 at 12:45 pm

4

lix.        May 1, 2013 at 9:15 am

lx.         May 2, 2013 at 11:45 am

lxi.        May 4, 2013 at 10:30 am

lxii.       May 5, 2013 at 9:15 am

lxiii.      May 6, 2013 at 10:45 am

lxiv.       May 9, 2013 at 1:15 pm

lxv.        May 10, 2013 at 9:10 am

lxvi.       May 11, 2013 at 10:15 am

lxvii.      May 12, 2013 at 11:15 am

lxviii.     May 13, 2013 at 9:45 am

lxix.       May 14, 2013 at 10:15 am

lxx.        May 16, 2013 at 1:30 pm

lxxi.       May 17, 2013 at 12:45 pm

lxxii.      May 18, 2013 at 1:15 pm

lxxiii.     May 20, 2013 at 9:15 am

lxxiv.      May 21, 2013 at 10:45 am

lxxv.       May 22, 2013 at 9:15 am

lxxvi.      May 23, 2013 at 1:30 pm

lxxvii.     May 24, 2013 at 9:45 am

lxxviii.    May 26, 2013 at 9:10 am

lxxix.      May 27, 2013 at 9:45 am

lxxx.       May 28, 2013 at 12:20 pm

lxxxi.      May 29, 2013 at 1:15 pm

lxxxii.     May 30, 2013 at 9:10 am

lxxxiii.    June 1, 2013 at 9:50 am

| | |
|---|---|
| lxxxiv. | June 2, 2013 at 10:15 am |
| lxxxv. | June 4, 2013 at 9:45 am |
| lxxxvi. | June 5, 2013 at 1:15 pm |
| lxxxvii. | June 6, 2013 at 9:15 am |
| lxxxviii. | June 8, 2013 at 10:45 am |
| lxxxix. | June 9, 2013 at 9:10 am |
| xc. | June 10, 2013 at 10:00 am |
| xci. | June 11, 2013 at 11:15 am |
| xcii. | June 12, 2013 at 12:00 pm |
| xciii. | June 14, 2013 at 9:15 am |
| xciv. | June 15, 2013 at 9:45 am |
| xcv. | June 16, 2013 at 10:15 am |
| xcvi. | June 18, 2013 at 9:45 am |
| xcvii. | June 19, 2013 at 10:15 am |
| xcviii. | June 20, 2013 at 9:15 am |
| xcix. | June 21, 2013 at 10:15 am |
| c. | June 23, 2013 at 9:45 am |
| ci. | June 24, 2013 at 9:15 am |
| cii. | June 25, 2013 at 10:45 am |
| ciii. | June 27, 2013 at 2:45 pm |
| civ. | June 28, 2013 at 1:15 pm |
| cv. | June 30, 2013 at 2:00 pm |
| cvi. | July 1, 2013 at 9:15 am |
| cvii. | July 2, 2013 at 10:30 am |
| cviii. | July 3, 2013 at 9:15 am |

| | |
|---|---|
| cix. | July 5, 2013 at 10:45 am |
| cx. | July 6, 2013 at 2:30 pm |
| cxi. | July 7, 2013 at 9:15 am |
| cxii. | July 9, 2013 at 10:00 am |
| cxiii. | July 10, 2013 at 9:45 am |
| cxiv. | July 11, 2013 at 2:45 pm |
| cxv. | July 13, 2013 at 9:45 am |
| cxvi. | July 14, 2013 at 10:30 am |
| cxvii. | July 15, 2013 at 2:15 pm |
| cxviii. | July 16, 2013 at 10:00 am |
| cxix. | July 17, 2013 at 9:45 am |
| cxx. | July 18, 2013 at 11:15 am |
| cxxi. | July 20, 2013 at 9:45 am |
| cxxii. | July 21, 2013 at 10:15 am |
| cxxiii. | July 22, 2013 at 9:15 am |
| cxxiv. | July 24, 2013 at 10:30 am |
| cxxv. | July 25, 2013 at 9:30 am |
| cxxvi. | July 26, 2013 at 11:00 am |
| cxxvii. | July 27, 2013 at 9:15 am |
| cxxviii. | July 29, 2013 at 10:00 am |
| cxxix. | July 30, 2013 at 9:15 am |
| cxxx. | July 31, 2013 at 11:10 am |
| cxxxi. | August 1, 2013 at 9:15 am |
| cxxxii. | August 3, 2013 at 10:15 am |
| cxxxiii. | August 4, 2013 at 9:10 am |

| | |
|---|---|
| cxxxiv. | August 5, 2013 at 10:45 am |
| cxxxv. | August 6, 2013 at 1:15 pm |
| cxxxvi. | August 8, 2013 at 9L:15 am |
| cxxxvii. | August 9, 2013 at 10:30 am |
| cxxxviii. | August 10, 2013 at 1:15 pm |
| cxxxix. | August 11, 2013 at 9:30 am |
| cxl. | August 13, 2013 at 10:15 am |
| cxli. | August 14, 2013 at 9:45 am |
| cxlii. | August 15, 2013 at 2:45 am |
| cxliii. | August 16, 2013 at 1:15 pm |
| cxliv. | August 17, 2013 at 10:45 am |
| cxlv. | August 18, 2013 at 9:15 am |
| cxlvi. | August 20, 2013 at 10:30 am |
| cxlvii. | August 21, 2013 at 9:45 am |
| cxlviii. | August 22, 2013 at 2:15 pm |
| cxlix. | August 23, 2013 at 9:15 am |
| cl. | August 25, 2013 at 2:00 pm |
| cli. | August 26, 2013 at 9:45 am |
| clii. | August 27, 2013 at 10:00 am |
| cliii. | August 28, 2013 at 9:45 am |
| cliv. | August 30, 2013 at 10:15 am |
| clv. | August 31, 2013 at 2:45 pm |
| clvi. | September 1, 2013 at 9:45 am |
| clvii. | September 2, 2013 at 10:00 am |
| clviii. | September 4, 2013 at 2:15 pm |

| | |
|---|---|
| clix. | September 5, 2013 at 1:15 pm |
| clx. | September 6, 2013 at 9:45 a m |
| clxi. | September 7, 2013 at 9:15 am |
| clxii. | September 8, 2013 at 9:30 am |
| clxiii. | September 10, 2013 at 10:00 am |
| clxiv. | September 11, 2013 at 9:15 am |
| clxv. | September 12, 2013 at 10:30 am |
| clxvi. | September 14, 2013 at 2:15 pm |
| clxvii. | September 15, 2013 at 1:00 pm |
| clxviii. | September 16, 2013 at 9:45 am |
| clxix. | September 18, 2013 at 9:45 am |
| clxx. | September 19, 2013 at 2:15 pm |
| clxxi. | September 20, 2013 at 1:15 pm |
| clxxii. | September 21, 2013 at 9:45 am |
| clxxiii. | September 23, 2013 at 10:30 am |
| clxxiv. | September 24, 2013 at 9:15 am |
| clxxv. | September 25, 2013 at 10:15 am |
| clxxvi. | September 27, 2013 at 9:45 am |
| clxxvii. | September 28, 2013 at 10:00 am |
| clxxviii. | September 29, 2013 at 9:05 am |
| clxxix. | October 1, 2013 at 11:15 am |
| clxxx. | October 2, 2013 at 9:15 am |
| clxxxi. | October 3, 2013 at 10:30 am |
| clxxxii. | October 4, 2013 at 11:00 am |
| clxxxiii. | October 6, 2013 at 9:45 am |

| | |
|---:|:---|
| clxxxiv. | October 7, 2013 at 10:15 am |
| clxxxv. | October 8, 2013 at 9:30 am |
| clxxxvi. | October 9, 2013 at 10:45 am |
| clxxxvii. | October 11, 2013 at 10:45 am |
| clxxxviii. | October 12, 2013 at 1:15 pm |
| clxxxix. | October 13, 2013 at 12:45 pm |
| cxc. | October 14, 2013 at 9:15 am |
| cxci. | October 15, 2013 at 10:45 am |
| cxcii. | October 17, 2013 at 1:45 pm |
| cxciii. | October 18, 2013 at 9:45 am |
| cxciv. | October 19, 2013 at 10:15 am |
| cxcv. | October 20, 2013 at 9:30 am |
| cxcvi. | October 22, 2013 at 9:45 am |
| cxcvii. | October 23, 2013 at 10:00 am |
| cxcviii. | October 24, 2013 at 11:20 am |
| cxcix. | October 25, 2013 at 3:30 pm |
| cc. | October 27, 2013 at 9:15 am |
| cci. | October 28, 2013 at 9:45 am |
| ccii. | October 29, 2013 at 10:15 am |
| cciii. | October 31, 2013 at 3:45 pm |
| cciv. | November 1, 2013 at 9:45 am |
| ccv. | November 2, 2013 at 9:15 am |
| ccvi. | November 3, 2013 at 10:15 am |
| ccvii. | November 4, 2013 at 9:15 am |
| ccviii. | November 5, 2013 at 9:45 am |

| | |
|---|---|
| ccix. | November 6, 2013 at 12:45 pm |
| ccx. | November 7, 2013 at 1:30 pm |
| ccxi. | November 8, 2013 at 4:30 pm |
| ccxii. | November 10, 2013 at 1:30 pm |
| ccxiii. | November 11, 2013 at 1:30 pm |
| ccxiv. | November 12, 2013 at 4:15 pm |
| ccxv. | November 13, 2013 at 9:45 am |
| ccxvi. | November 14, 2013 at 10:45 am |
| ccxvii. | November 15, 2013 at 9:15 am |
| ccxviii. | November 16, 2013 at 9:45 am |
| ccxix. | November 18, 2013 at 9:30 am |
| ccxx. | November 19, 2013 at 9:45 am |
| ccxxi. | November 20, 2013 at 10:30 am |
| ccxxii. | November 23, 2013 at 9:45 am |
| ccxxiii. | November 26, 2013 at 9:15 am |
| ccxxiv. | November 27, 2013 at 10:30 am |
| ccxxv. | November 28, 2013 at 11:15 am |
| ccxxvi. | November 29, 2013 at 9:45 am |
| ccxxvii. | November 30, 2013 at 10:30 am |
| ccxxviii. | December 1, 2013 at 9:45 am |
| ccxxix. | December 2, 2013 at 9:15 am |
| ccxxx. | December 3, 2013 at 10:45 am |
| ccxxxi. | December 4, 2013 at 12:45 pm |
| ccxxxii. | December 5, 2013 at 2:30 pm |
| ccxxxiii. | December 7, 2013 at 11:30 am |

| | |
|---:|:---|
| ccxxxiv. | December 8, 2013 at 4:15 pm |
| ccxxxv. | December 9, 2013 at 2:30 pm |
| ccxxxvi. | December 10, 2013 at 1:15 pm |
| ccxxxvii. | December 11, 2013 at 9:45 am |
| ccxxxviii. | December 13, 2013 at 10:45 am |
| ccxxxix. | December 14, 2013 at 9:15 am |
| ccxl. | December 15, 2013 at 10:45 am |
| ccxli. | December 16, 2013 at 12:10 pm |
| ccxlii. | December 18, 2013 at 4:15 pm |
| ccxliii. | December 19, 2013 at 2:30 pm |
| ccxliv. | December 20, 2013 at 9:45 am |
| ccxlv. | December 21, 2013 at 10:15 am |
| ccxlvi. | December 22, 2013 at 2:45 pm |
| ccxlvii. | December 28, 2013 at 9:15 am |
| ccxlviii. | January 5, 2013 at 9:45 am |
| ccxlix. | January 6, 2013 at 10:15 am |
| ccl. | January 7, 2013 at 9:15 am |
| ccli. | January 8, 2013 at 10:30 am |
| cclii. | January 10, 2013 at 10:15 am |
| ccliii. | January 11, 2013 at 9:45 am |
| ccliv. | January 12, 2013 at 10:45 am |
| cclv. | January 13, 2013 at 11:15 am |
| cclvi. | January 14, 2013 at 1:15 pm |

13. In addition to the calls being placed to Plaintiffs cellular telephone, SMA also place several calls to Plaintiffs mothers' cellular telephone.

14. On several occasions Plaintiff spoke with agents of SMA and requested the calls to cease.

15. Defendant has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice to individuals just as they did to Plaintiff's cellular telephone in this case.

16. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A).

17. Defendant willfully and/or knowingly violated the TCPA with respect to Plaintiff.

18. The constant harassing and threatening phone calls from SMA caused Plaintiff, who is already sick and in a precarious physical state, to suffer undue stress, anxiety, difficulty sleeping.

**CAUSES OF ACTION**
**COUNT I**
**VIOLATIONS OF THE FDCPA**
**15 .S.C. § 1692 et seq.**

19. Plaintiff incorporates by reference, the above one (1) through eighteen (18) paragraphs of this Complaint as though fully stated herein.

20. The foregoing acts and omissions of Defendant and its agents constitute numerous and multiple violations of the FDCPA including, but not limited to, each and everyone one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to Plaintiff.

  (a) Defendant violated 15 U.S.C. § 1692d by perpetrating conduct the natural consequence of which is to harass, oppress, or abuse any person.

  (b) Defendant violated 15 U.S.C. § 1692d(5) by continually causing Plaintiff's phone to ring.

  (c) Defendant violated 15 U.S.C. § 1692e(4) by stating that nonpayment of the alleged debt would result in imprisonment.

  (d) Defendant violated 15 U.S.C. § 1692e(2) by falsely and deceptively claiming that Defendant was collecting on a legitimate debt when it was not.

(e) Defendant violated 15 U.S.C. § 1692f(1) by utilizing unfair and unconscionable means to collect a debt which Defendant has no authority to collect.

As a result of each and every one of Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3).

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant and moves this Honorable Court for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against the Defendant and for Plaintiff; for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. 1692(a)(2)(A) against Defendant and for Plaintiff; for an award of costs of litigation and reasonably attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against Defendant and for Plaintiff, and any other such relief this Honorable Court may deem just and proper in the spirit of justice.

### COUNT II
### VIOLATION OF THE FCCPA
### Florida Statute § 559.72

21. Plaintiff incorporates by reference, the above one (1) through eighteen (18) paragraphs of this Complaint as though fully stated herein.

22. At all times relevant to this action Defendant is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

23. Defendant has violated Florida Statute §559.72(2) by having its agent threaten force that Plaintiff would be imprisoned should she not pay.

24. Defendant has violated Florida Statute §559.72(7) by having its agent willfully communicate with the alleged debtor with such frequency as can reasonably be expected to harass.

25.     Defendant has violated Florida Statute §559.72(7) by having its agent willfully engage in other conduct which can reasonably be expected to abuse or harass the alleged debtor.

26.     Defendant has violated Florida Statute §559.72(9) by claiming and attempting to enforce a debt when such person knows that the debt is not legitimate.

27.     Defendant's actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute §559.77.

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, actual damages, punitive damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT III
## VIOLATION OF THE TCPA
## 47 U.S.C § 227 et seq.

28.     Plaintiff incorporates by reference, the above one (1) through eighteen (18) paragraphs of this Complaint as though fully stated herein.

29.     Defendant repeatedly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

Respectfully submitted,

_____
Jared Michael Lee, Esquire
Morgan & Morgan, P.A.
20 N. Orange Ave.
Fourth Floor
Orlando, FL 32801
Tele: 407-420-1414
Fax: 407-245-3484
Florida Bar #: 0052284
Attorney for Plaintiff
JLee@ForThePeople.com