UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT KOLOVRAT,

        Plaintiff,

                              Case No. 8:14-cv-0491-JDW-TBM

v.

STEPHENS & MICHAELS ASSOCIATES,
INC.,

        Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

      Defendant, Stephens & Michaels Associates, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                          Respectfully submitted,

                          /s/ Dayle M. Van Hoose
                          Dayle M. Van Hoose, Esq.
                          Florida Bar No. 0016277
                          Rachel A. Morris, Esq.
                          Florida Bar No. 0091498
                          Abigail S. Pressler, Esq.
                          Florida Bar No. 0098072
                          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                          3350 Buschwood Park Drive, Suite 195
                          Tampa, FL 33618
                          Telephone:   (813) 890-2463
                          Facsimile:    (866) 466-3140

dvanhoose@sessions-law.biz
rmorris@sessions-law.biz
apressler@sessions-law.biz

Attorneys for Defendant,
Stephens & Michaels Associates, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 17th day of December 2014, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Jared Michael Lee, Esq.
Morgan & Morgan, P.A.
20 North Orange Avenue, Fourth Floor
Orlando, FL  32801

/s/ Dayle M. Van Hoose
Attorney